

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

Christie Zimmerman Kissinger, Appellant

No. 06-16-00190-CR          v.

The State of Texas, Appellee

Appeal from the 336th District Court of Fannin County, Texas (Tr. Ct. No. CR-15-25667). Memorandum Opinion delivered by Justice Moseley, Chief Justice Morriss and Justice Burgess participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below.  We affirm the judgment of the trial court.

We further order that the appellant, Christie Zimmerman Kissinger, pay all costs of this appeal.

RENDERED SEPTEMBER 29, 2017
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk